# EXHIBIT B

J. BRADSHAW

I was transferred from Green Haven to Downstate.

Q.    Were all the strip searches incidents alleged in your complaint conducted either prior to transfer from Downstate Correctional Facility to Bronx Court or from Bronx Court returning to Downstate Correctional facility?

A.    Both.  Is that a question?

Q.    Yes.

A.    That's both.  No.  You said was -- yes.  Well, let me explain, please.  Prior to me being transported to court at Downstate, I mean to Bronx Court.  Prior to me transported to Bronx Court I was strip searched at Downstate.

Q.    Okay.

A.    Prior to me being brought back I was strip searched at Downstate prior to me being brought back to Downstate.

Q.    You were never strip searched at Bronx Court?

A.    Prior to me being brought back to Downstate, I was strip searched at Bronx Court.

Q.    All the strip searches performed were performed by New York City Department of Corrections ESU officers?

A.    Yes.

Q.    At the time of these incidents while you were incarcerated, were all inmates at Downstate Correctional facility transported by ESU officers to and from court?

J. BRADSHAW

A.    Oh, the only reason I know about it is because I know it was my court dates and I knew my court dates at that time.

Q.    At the time you filed the complaints?

A.    No.

Q.    At the time you wrote the notes?

A.    Because I was writing grievances for the days I was going to court and the days that I was being searched. I was writing grievances on those issues each day I wrote grievances on it.

Q.    You wrote a grievance for every date that you've included in your complaint?

A.    Well, I don't -- not knowing -- I don't think so. I'm not a hundred percent certain.

Q.    In your complaint you state I was strip -- in your complaint you state "I was strip, frisked, searched, made to stand barefoot on a dirty floor, while under surveillance and in the view of others."

And you repeat this allegation for every strip search incident. Is it true that this is the way you were strip searched every time?

A.    Yes. What I can tell you is that if you -- there was court appearances or days that I was strip searched that I did not include in this complaint because I may have been strip searched in the shower. My request was granted

J. BRADSHAW

or in a designated stripping area. There was many other days that was excluded and, as I told you earlier, that I was strip searched under similar circumstances each time that I listed in the complaint.

Q. Is this statement accurate of all the incidents you alleged in your complaint, the statement I just read? Would you like me to read it again?

A. No, you don't have to read it but, yes, it's fairly accurate, yes.

Q. Fairly accurate isn't accurate. Is it accurate or not? Is the statement you wrote for each incident in your complaint?

A. Well, I say it's fairly accurate, because I left out a few additional facts in which I will include those additional facts.

Q. What is inaccurate about this statement, Mr. Bradshaw?

A. Well, it doesn't have any inaccuracies. It's just inadequate, meaning that it's not sufficiently written. It's additional facts that I excluded.

Q. In this statement that I just read to you you said, "I was strip frisked, searched"; what do you mean by strip frisked?

A. Well, I was strip frisked, meaning that I was --
I took off my clothing.

DIAMOND REPORTING   (877) 624-3287   info@diamondreporting.com

38

J. BRADSHAW

Q.    You took off your clothing?

A.    Yes.

Q.    What do you mean by dirty floor?

A.    Was stripped -- well, standing next to a toilet bowel is dirty.  Barefoot.

Q.    You were standing next to a toilet?

A.    Yes.

Q.    Is that true on all occasions?

A.    For the ones that I allege, yes.

Q.    For the occasions that you allege in this complaint?

A.    Yes.

Q.    When you say strip frisk search, what do you mean by frisk?

A.    Frisk?

Q.    Yes.

A.    I can't understand what you saying.

Q.    In your complaint you say you were strip frisked searched.  What do you mean by frisk?

A.    No one -- no one touched me but I was -- I was searched.

Q.    How were you searched?

A.    Visual search.

Q.    A visual search.  What were you asked to do?

A.    Take off my clothing.  Give them my clothing.

J. BRADSHAW

And squat.

Q.    Is there anything else you were asked to do?

A.    Lift my scrotum; my penis.  Open my mouth; penis, armpits.

Q.    Is there anything else?

A.    Just about.

Q.    Is there anything else, Mr. Bradshaw?

A.    Turn around and squat.

Q.    And to return to the question earlier about the dirty floor, you said that the floor was dirty because you were near a toilet and you said that that was true for all incidents alleged in this complaint.  You were next to a toilet at Bronx Court when you were strip searched?

A.    Well, I didn't allege that in the Bronx complaints.

Q.    You were only next to a toilet at the strip searches at Downstate Correctional facility?

A.    Yes.

Q.    Is there any other reason the floor was dirty at either facility?

A.    I can't understand what you saying.

Q.    Is there any other reason that you believe the floor was dirty at either facility, Bronx Court or Downstate?

A.    Either?

40

J. BRADSHAW

Q.    Either facility?

A.    In a designated, anywhere you are stripped in the facility there are mats.  There are mats for the prisoners, even inmates to stand on so that we won't stand on the ground barefoot.  Because people walk with their boots and sneakers in the cell areas and things like that.  So therefore in a designated stripping areas we allowed to stand on a mat when we're bare.

Q.    You were just not standing on a mat; is that correct?

A.    Well, I wasn't just not standing on a mat.  I was standing near a toilet bowl.  You know.  It's not like it's a female bathroom, it's male's bathroom.  You have to remember, you know, not to say that in the male's bathroom men urinate in that area and, you know, the splashing of the water can get on the floor.

Q.    Is there any --

A.    There's urine.  There will be urine near the toilet bowl on the floor.

Q.    Was the floor wet where you were standing?

A.    Well, I can't recall as to that much but the floor was indeed dirty.

Q.    Why do you believe it was dirty other than you were standing near a toilet bowl?

A.    You can see the floor when you come into any area

J. BRADSHAW

and you can see either visual when --

Q.    What did you see?

A.    Dirt.

Q.    You saw dirt on the floor?

A.    Yes.

Q.    Is that true at both Bronx Court and at Downstate Correctional Facility?

A.    I'm going to repeat, as I said earlier, that I didn't allege that I was next to a toilet bowl at Bronx Court.

Q.    If you weren't near a toilet bowl at Bronx Court did you still see dirt on the floor?

A.    Yes.  I was walking in the cell all way with my boots.

Q.    At Bronx Court, Mr. Bradshaw.

A.    Yes.

Q.    Do I have your attention?

A.    Yes.  I can hear you.

Q.    I'm going to move on.  What did you mean by --

A.    Okay.  Please.

Q.    What do you mean by under surveillance?

A.    Well, in the cell area there's a camera.

Q.    Is this a stationary camera.

A.    Yes.

Q.    So it was --

J. BRADSHAW

A.    Yes, ma'am.

Q.    It was attached to the wall in the cell?

A.    Yes.  In a designated area there's no cameras.

Q.    And in the cell that you were in there was a camera attached to the wall?

A.    Yes.

Q.    Is this true for both Downstate Correctional Facility and for Bronx Court?

A.    Yes, ma'am.

Q.    And you know there was a camera because you saw it?

A.    Well, I was in the cell all day, yes.

Q.    You could see the camera?

A.    Yes.  And I inform the officers there's a camera. I informed them I don't want -- I made requests not to be stripped in the cell and to be stripped in a designated stripping area because of the camera.  Because I didn't want to stand next to a toilet or stand barefooted on the floor and the fact -- and the fact that while I was in the cell those cells that I was in across from me were other prisoners.  In the cell across from me.

Q.    Were they male prisoners?

A.    Yes.

Q.    Approximately how many prisoners were in the cell across from you?

43

J. BRADSHAW

A.    Well, I can't -- I can't tell you a number for each day that I was there.  I can't -- I can't recall that.

Q.    Were there always inmates in the cells around you for each occasion?

A.    Yes.

Q.    Can you --

A.    Yes.

Q.    Can you approximate how many?

A.    No, not exactly, because each day it may be a different amount and I don't calculate how many people was across from me.

Q.    Were they always male, though?

A.    It was always male prisoners, yes.

Q.    When you were strip searched at Downstate Correctional Facility, were you strip searched in the same room each time?

A.    No, Miss.

Q.    How many different rooms were you strip searched in?

A.    As I can recall because Downstate intake area, the Downstate intake area has a few cells.  So I could approximate to about three to four cells.

Q.    Were you always searched in the intake area?

A.    Yes.  That's only place that the searches -- actually -- strip searches take place.

44

J. BRADSHAW

Q.    It was always in a cell in the intake area?

A.    I can't understand.

Q.    The strip searches always occurred in a cell in the intake area of Downstate Correctional Facility?

A.    Well, the ones I alleged in the complaint, yes. But there been occasions where I was not strip in a cell, where I was stripped in a designated area or even the shower areas.  Those the ones I did not include in the complaint.

Q.    Can you describe the cells that you were strip searched in the intake area, please?

A.    Well, there are several cells.  Do you just want me to give you one particular?

Q.    Each one?  We can call it cell one.

A.    Well, they all have similar designs.

Q.    Okay.

A.    Start with cell one.  All right.  Cell one is a cell that has a door to it.  And when you enter that cell on the right hand in an upper right corner of the cell is a camera and the cell is approximately eight by 11 in size. It has two benches and where that cell it's -- that's where all the traffic comes in and out.  Comes in and out.  I mean, when I say traffic I mean the officers walk by, prisoners walk by.  Male and female officers walk by and the prisoners walk by that cell because that cell when you

45

J. BRADSHAW

coming into the intake area, you have to pass that cell.

Q.    Is the cell --

A.    I would say that cell --

Q.    Is the cell --

A.    I can't hear you.

Q.    Is the cell constructed of walls?  Are there --

A.    Yes.

Q.    What are the walls made out of?

A.    It's concrete wall.  Concrete.

Q.    How many concrete walls?

A.    It's three.  Well, the back walls.  The two side walls and the door wall.  The door.

Q.    What was the door made out of?

A.    It's a steel door.

Q.    Were there windows?

A.    And the door was -- it's -- yes.  It's -- when you say window, it's a bar window on that door and when I was being stripped in that room, that particular room, the cell door was kept open.

Q.    Is the only window on the cell, on the door?

A.    Yes.  That door -- that cell, yes.  And every time I was stripped in that room, the door was kept open.

Q.    And to be clear, there is only one video camera in that cell?

A.    Yes.  Yes, ma'am.

J. BRADSHAW

Q. Were there any other electronic devices in that cell?

A. No. Not that I know of?

Q. Were there any screens within that cell?

A. Screens?

Q. Like privacy screens?

A. No. There was no screens in that cell.

Q. Was there any furniture other than the benches you described in that cell?

A. No.

Q. Were there any plumbing fixtures in the cell?

A. No. There was no toilet in that cell. There was no toilet, no sink in that cell.

Q. Let's move on to the next cell that you were searched in?

A. All right. Cell two. Well --

Q. How is it different --

A. The design is the same.

Q. The same as cell one?

A. The same exact design.

Q. Were there any other cells that you were searched in at Downstate Correctional Facility?

A. Yes. We'll call them three, four and five.

Q. How was cell three different from one and two?

A. Well, cell three, it's not a door. And it's a

J. BRADSHAW

gate cell.

Q.    Is that the only difference?

A.    The size of it.

Q.    Is it bigger or smaller?

A.    It's four times the size of cell one and two.

Q.    Are there any other differences?

A.    There is toilet.  There is a toilet and a sink in there, yes.

Q.    In cell three?

A.    In three and four and five, yes.

Q.    Are cells three, four and five the same?

A.    Similarly designed, yes.

Q.    What did you mean by gate door?

A.    I say gate.

Q.    What did you mean by that?

A.    Well, cell one was concrete walls that made up the cell.  And cell three, four and five, it's a gate that make the cell up.

Q.    You mean there weren't concrete walls?

A.    Well, the back wall is concrete and the side. There's two concrete walls but if you look into the cell -- all right.  It's -- it's -- I'm going to describe it as this.  A rectangle.  You hear me?

Q.    I can hear you.

A.    A rectangle.  A rectangle.  Two of the walls is

48

J. BRADSHAW

concrete and two of the other walls is made of a gate.

Q.    Are there any other differences between cell three, four and five and one and two?

A.    No.  That's it.  The only difference is the date and toilet and the sink.

Q.    Was there surveillance cameras in cells three, four and five?

A.    Yes.

Q.    Just one?

A.    Yes.  I would have to say, yes, just one.

Q.    I'm going to ask you --

A.    That I can remember.

Q.    I'm going to ask you now about the areas you were searched at Bronx Court.  Were you searched in the same area every time at Bronx Court?

A.    Well, the same area, yes.  Maybe not the same cell.

Q.    What area were you searched in at Bronx Court?

A.    Well, when you come into the Bronx Court and you -- it's hard to explain the area to someone who doesn't -- or haven't been there but to the best of my knowledge, in the best description I can give you, is that where I was at, there's a long pathway full of cells on your left and your right hand.  And in that area, this is the main walkway to get to any part of the -- the -- to any part of

49

J. BRADSHAW

the area, like different -- going to different court parts or different cell area parts. This is the main walkway and I was brought into the main walkway in those cells and I was stripped in those cells in the main walkway.

Q. I'm going to do the same thing with Bronx Court as we did in Downstate facility. How many areas were you searched in Bronx Court in this area?

A. Well, that's a little more difficult to say because in that main walkway I can say it's approximately 30 to 40 cells.

Q. Are they all the same?

A. I'm -- all designed exactly the same.

Q. Then can you describe the cell, as they are all designed the same?

A. Okay. The cell is actually a gated bar. It's barred cells. No gates. It's a barred cell and as you come in, it's a sink right there on your right-hand side and the toilet is on your right. It depends on what side you on because it can be on your left.

Q. There's a toilet and sink in each cell, though?

A. Yes. A toilet and a sink in each cell and it's a concrete bench. That's it.

Q. Are there any concrete walls?

A. Yes.

Q. How many?

50

J. BRADSHAW

A.    The whole cell is concrete.  It's three concrete walls in the entrance.  The entrance to the cell is the only gate.

Q.    Earlier, you said it's barred and it's not gated. What is the difference?  What do you mean by barred versus gated?

A.    Well, all right.  Bars.  You know -- you know -- you know the pictures of bars in the prison; correct?

Q.    Yes.

A.    All right.  That's a barred cell.  That's what I'm describing as bars.  A gate I'm saying moreso like a fence but it's not bars.  You understand what I'm saying.

Q.    I don't.  What is the gate made out of?  What material is the gate made out of?

A.    Well, it's definitely made out of metal and it's the design of it that makes it different.  My best example was a fence.  You know, like a fence.  And that's the best example.

Q.    I'll move on, Mr. Bradshaw.  Were there individual cameras in the Bronx Court search rooms?

A.    In the search rooms?

Q.    In the cells that you just described?

A.    Oh, the search room in the cell area is different.  Two different, the places.  You said the search room.

51

J. BRADSHAW

Q.    I'm referring to the cells that you were searched in.

A.    Oh, okay.  I didn't.

Q.    The cells that you just described, are there video cameras in the cells?

A.    The camera -- the video camera is outside of the cell and it's faced into the cell.  Each and every cell has a camera outside, facing inside.

Q.    What is the camera mounted to?

A.    I didn't understand what is the camera who?

Q.    Mounted to?

A.    What you mean by mounted?

Q.    Is it mounted to the ceiling?

A.    Connected to, yes.  It's connected to the ceiling.

Q.    And you said that the camera is facing into the cell?

A.    I didn't understand everything you said.

Q.    The surveillance camera that you just referred to, you said that it is facing into the cell?

A.    Yes.  Yes, ma'am.

Q.    I'm going back to Downstate Correctional Facility for a second.  In your complaint you say when you were searched at Downstate Correctional Facility you were searched every time at 5:00 a.m.; is this correct?

J. BRADSHAW

A.    What do you mean contact?  With my attorney, the courts?

Q.    Yes.

A.    The judge?

Q.    Yes.

A.    Or prisoners?

Q.    Yes.

A.    I don't -- well, I don't know if I went in the courtroom on that day.  I don't know.  I cannot recall. Yea, I did go to court.

Q.    Were you placed in a cell with anyone prior to going to court on May, 2012?

A.    I can't recall that, Miss.

Q.    In your complaint you say that while you were at Bronx Hall of Justice on May 1, 2012 you were strip searched in view of others.  Were you around other inmates while were you strip searched at the Bronx Hall of Justice on May 1, 2012?

A.    As I was telling you before, is that the cells are across from one another.  And it's a barred cell.  So the inmates can look into the cell that is across from them.

Q.    Was there any other inmates in the cell that you were in?

A.    No.

75

J. BRADSHAW

Q.     Were there inmates in the cell across from you?

A.     Yes.

Q.     And again on May 8, 2012 did you attend court while you were at the Bronx Hall of Justice on that date?

A.     I'm -- I can't recall whether or not I went into the courtroom.

Q.     Were you placed in a cell with any other inmates at the Bronx Hall of Justice on that date?

A.     No.  I was always single cell.

Q.     Were there inmates in the cells around you or across from you at the Bronx Hall of Justice on May 8, 2012?

A.     There were inmates -- it's hard to explain because you have to know -- you have to be there to know it.  So because I was a category and an inmate there was initially no prisoners across from me.  All right.  So when I'm place inside a cell by ESU officers, the cell that I was initially placed into, there was no other prisoners across from me.

Once the courthouse cleared out, then I was brought to the front and in the front, that's where I was across from other inmates at that time and that's about it.

Q.     Did you have contact with any other inmates at any other time while you were at Bronx Hall of Justice on May 8, 2012?

76

J. BRADSHAW

A.    Well, when you say contact, what do you mean by "contact"?

Q.    Were you in the presence of any other inmates at the Bronx Hall of Justice on May 8, 2012?

A.    Well, was I in the presence, yes.  They were across from me and on the side.

Q.    Any other times --

A.    On the side of me.  No.

Q.    Mr. Bradshaw?

A.    Yes.  I hear you, Miss.

Q.    On May 15, 2012 at approximately 5:00 a.m. you allege in your complaint you were strip searched at Downstate Correctional Facility; is that true?

A.    Yes.

Q.    Were you transported by ESU officers on May 15, 2012 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched prior to being transported to Bronx Court on May 15, 2012?

A.    Yes.

Q.    Who strip searched you on May 15, 2012 at approximately 5:00 a.m. at Downstate Correctional Facility?

A.    I can't recall.

Q.    How many officers were present for the strip search?

77

J. BRADSHAW

A.   Two.  It was always two present.

Q.   Do you remember their names?

A.   I can't recall.

Q.   Can you describe them?

A.   I can't.

Q.   Were they officers --

A.   Not --

Q.   I'm sorry.

A.   I cannot presently recollect a description.

Q.   Were they officers who were present for any of the previous strip search incidents we've already discussed today?

A.   I can't recall.

Q.   What exactly did each officer do during the strip search?

A.   They stood and watched me strip.

Q.   That's it?

A.   They searched my clothes.  That's it.

Q.   On the same day, which was May 15, 2012, you allege that you were again strip searched at the Bronx Hall of Justice in the evening; is that true?

A.   Yes.

Q.   Were you transported back to Downstate Correctional Facility from Bronx Court on May 15, 2012?

A.   Was I transported back to Bronx Court?

78

J. BRADSHAW

Q. Back from, like, returning from Bronx Court to Downstate Correctional Facility on May 15, 2012 after you attended court?

A. May 15th, yes.

Q. Did you, in fact, attend court on May 15, 2012?

A. I can't recall.

Q. Did you have contact with any other inmates on May 15, 2012?

A. No. I was a category inmate, so I was separated from everyone.

Q. Were there inmates in the cells next to you and across from you on May 15, 2012 at the Bronx Hall of Justice?

A. Yes.

Q. On May 31, 2012 you allege in your complaint that at approximately 5:00 a.m. at Downstate Correctional Facility you were strip searched again; is that correct?

A. Yes.

Q. Were you transported by ESU officers on May 31, 2012 from Downstate Correctional Facility to Bronx Court?

A. Yes.

Q. Do you recall who strip searched you on May 31, 2012 at 5:00 a.m. at Downstate Correctional Facility?

A. No.

Q. Do you recall how many officers were present for

79

J. BRADSHAW

the strip search?

A.    Two.

Q.    Can you describe them?

A.    I have no present recollection.

Q.    On the same day, May 31, 2012 you allege in your complaint that you were strip searched at approximately 6:00 p.m. at Bronx Court; is that correct?

A.    Yes.

Q.    Did you attend court on May 31, 2012 at Bronx Court?

A.    I can't recall.

Q.    Were you strip searched prior to being transported back to your correctional facility from Bronx Court on May 31, 2012?

A.    Yes.

Q.    Do you recall how many officers were present for the strip search on May 31, 2012 at the Bronx Court?

A.    Two.

Q.    Can you describe the two officers who were present for the evening strip search on May 31, 2012?

A.    I can't recall.

Q.    And then on June 26, 2012, you allege in your complaint that at 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that true?

A.    Yes.

80

J. BRADSHAW

Q.    Were you strip searched on June 26, 2012 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

Q.    Do you recall who strip searched you on June 26, 2012?

A.    I can't recall their names.

Q.    Do you recall how many officers were present?

A.    Two.

Q.    Can you provide a description of those two officers who were present?

A.    I can't recall.

Q.    And then again on the same day in your complaint you say on June 26, 2012 at approximately 6:00 p.m. at the Bronx Court, you allege you were strip searched again.

Were you strip searched prior to being transported by ESU officers back to your correctional facility from Bronx Court on June 26, 2012?

A.    Yes.

Q.    Did you attend court on June 26, 2012?

A.    I can't recall.

Q.    Did you have contact with any other inmates on June 26, 2012?

A.    No.  I was a single cell.

Q.    Were there any inmates in the cells surrounding your cell on June 26, 2012?

85

J. BRADSHAW

any searches. If he was present at one, that will be surprising. He wasn't really present. He was just present at the facility.

Q. Was Captain Bradford present at any of the strip search incidents that you allege in your complaint that occurred at Downstate Correctional Facility?

A. No.

Q. Was Captain Smallwood present for any of the strip search incidents that you allege in your complaint that occurred at Downstate Correctional Facility?

A. Yes.

Q. How many?

A. Possibly one.

Q. More than one?

A. Possibly one. Just one.

Q. Only one?

A. (No Response.)

Q. Do you recall the date of that incident?

A. No. I will have to go through my papers.

Q. I'm going to move on to July 24, 2012. You allege in your complaint that at approximately 5:00 a.m. at Downstate Correctional Facility you were strip searched; is that correct?

A. July who.

Q. July 24th --

86

J. BRADSHAW

A.      You said July what date?

Q.      July 24, 2012.  It's paragraph 21 in your complaint.

A.      Yes.  Yes.  Correct.

Q.      Were you transported by ESU officers on July 24, 2012 from Downstate Correctional Facility to Bronx Court?

A.      Yea.

Q.      Were you strip searched on July 24, 2012 prior to being transported by ESU officers to Bronx Court?

A.      Yes.

Q.      Do you recall who was present for your strip search on July 24, 2012 at Downstate Correctional Facility?

A.      I don't recall.

Q.      Do you recall how many officers were present?

A.      Two.

Q.      Can you provide descriptions of those officers?

A.      I can't recall.  Excuse me, can I use the bathroom or have an opportunity to use the bathroom?

Q.      Just if you can answer the question and then you'll have the opportunity to take a break.

A.      Oh, yes.  I said I don't recall.

MS. CONGER:  The time is 11:18.  We'll take a quick bathroom break for Mr. Bradshaw.

THE WITNESS:  Please.

(Whereupon, a short recess was taken.)

87

J. BRADSHAW

MS. CONGER:  The time is 11:24.

Q.     Mr. Bradshaw, are you ready to proceed?

A.     Yes, Miss.

Q.     We were discussing the date alleged in your complaint, July 24, 2012.  You allege that again at approximately 6:00 p.m. you were strip searched at the Bronx Court; is that correct?

A.     Yes.

Q.     Were you transported by ESU officers on July 24, 2012 from the Bronx Court and back to your facility?

A.     Yes.

Q.     On July 24, 2012 were you strip searched by ESU officers at Bronx Court prior to being transported to back to your facility?

A.     Yes.

Q.     Do you recall who strip searched you on the evening of July 24, 2012?

A.     No.

Q.     Do you recall how many officers were present the evening of July 24, 2012?

A.     Two.

Q.     Two?

A.     Yes.

Q.     Can you describe those officers?

A.     Not presently, no.

88

J. BRADSHAW

Q.   Did you attend court on July 24, 2012?

A.   I can't recall.

Q.   Were there inmates in the cells around you on July 24, 2012 at the Bronx Hall of Justice?

A.   Yes.

Q.   You allege in your complaint that on September 11, 2012 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.   Yes.

Q.   Were you transported by ESU officers on September 11, 2012 from Downstate Correctional Facility to Bronx Court?

A.   Yes.

Q.   Were you strip searched prior to being transported by ESU officers from Downstate Correctional Facility to the Bronx Court on September 11, 2012?

A.   Yes.

Q.   Do you recall who was present for the strip search performed on you on September 11, 2012?

A.   I can't understand what you said.

Q.   Do you recall who was present for the strip search in the morning of September 11, 2012 at Downstate Correctional Facility?

A.   I can't recall.

91

J. BRADSHAW

A.    No.

Q.    Were there inmates in the cell surrounding your cell?

A.    Around me, yes.  Later.

Q.    What do you mean by later?

A.    When I initially first come into the facility, as I said earlier, I'm placed in the cell myself and no inmates across from me.  Once the courthouse clears out and there are fewer inmates, then I'm placed in the front where there are inmates across from me.

Q.    Are there inmates also in the cell next to you?

A.    Yes.

Q.    In your complaint you allege that on September 12, 2012 at approximately 5:00 a.m. at Downstate Correctional Facility you were strip searched; is that correct?

A.    You said September who?

Q.    September 12, 2012?

A.    Yes.

Q.    Were you transported by ESU officers on September 12, 2012 from Downstate Correctional facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on September 12, 2012 at approximately 5:00 a.m. prior to being transported by ESU

92

J. BRADSHAW

officers to Bronx Court?

A.    Yes.

Q.    Do you recall who performed the strip search on the morning of September 12, 2012?

A.    I can't recollect.

Q.    Do you recall how many officers were present for the strip search on September 12, 2012?

A.    Two.

Q.    Can you provide descriptions of the two Corrections ESU officers who were present on September 12, 2012?

A.    I can't recollect.

Q.    On the same day, September 12, 2012 you allege you were strip searched a second time at approximately 6:00 p.m. at the Bronx Hall of Justice; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 12, 2012 from Bronx Court and back to your facility?

A.    Back to Downstate, yes.

Q.    Were you strip searched on September 12, 2012 by ESU officers prior to being transported from Bronx Court and back to your facility?

A.    Yes.

Q.    Do you recall who was present for your strip search at Bronx Court on September 12, 2012?

96

J. BRADSHAW

at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 19, 2012 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on September 19, 2012 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

Q.    Do you recall who performed the strip search at Downstate Correctional Facility on September 19, 2012?

A.    I can't.  No.

Q.    You don't recall?

A.    No.

Q.    Do you recall how many officers were present for the strip search on September 19, 2012 at Downstate Correctional Facility.

A.    Yes.  Two.

Q.    Can you provide descriptions of those officers?

A.    No.  Downstate -- I mean you said Downstate; right?

Q.    Yes.

A.    Okay.

Q.    Is your answer still no?

A.    I can't hear you.

97

J. BRADSHAW

Q.    Is your answer still no?

A.    Yes.

Q.    On the evening of September 19, 2012 you allege that approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on the evening of September 19, 2012 from the Bronx Court and back to the facility?

A.    Yes.

Q.    Were you strip searched on September 19, 2012 by ESU officers at Bronx Court prior to being transported back to your facility?

A.    Yes.  I mean Bronx Court, they also have a designated stripping area.

Q.    Is this one of the areas that you previously described to me as an area where you were strip searched?

A.    No.  I was stripped in the cells that I was in.

Q.    Okay.  So --

A.    But there are different -- there is a designated stripping area, an area where inmates are stripped -- where inmates is stripped at.  There is a designated area in the courthouse where inmates are stripped at.  I wasn't stripped in that place.  I was stripped in the cell that I was in.

98

J. BRADSHAW

Q.    I understand that.

A.    Each time.

Q.    I understand, Mr. Bradshaw.

A.    Okay.   Thank you.

Q.    Did you appear in court on September 19, 2012?

A.    Yes.

Q.    Did you stand next to your attorney in court on September 19, 2012?

A.    Side by side, yes.

Q.    Were you in contact with anyone else, any other inmates on September 19, 2012?

A.    No.   The officer was behind me.

Q.    When they brought you back to the barred cell on September 19, 2012 were there inmates in the cells next to you or across from you?

A.    Yes.

Q.    Do you recall how many officers were present for the strip search that occurred on September 19, 2012 at Bronx Court?

A.    Two.

Q.    Can you provide descriptions of those two officers?

A.    I can't recall.

Q.    On September 21, 2012, you allege in your complaint, approximately that at 5:00 a.m., you were strip

99

J. BRADSHAW

searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 12, 2012 from Downstate Correctional Facility to the Bronx Court?

A.    Yes.

Q.    On September 21, 2012 do you recall the officers who strip searched you at Downstate Correctional Facility?

A.    No.  Downstate also have a designated stripping area.

Q.    Is that the area that you described to me earlier, one of the areas that you described to me earlier?

A.    No.  The area that I described to you was the cells that I was in where I was stripped.  The designated stripping area is separate, is a separate area enclosed for privacy where inmates are stripped.

Q.    Can you provide descriptions of the officers who were present for your strip search at Downstate Correctional Facility on September 21, 2012?

A.    No.

Q.    Do you have any independent recollection of the strip search that occurred in the morning of September 21, 2012?

A.    Yes.

103

J. BRADSHAW

A.    Okay.

Q.    Were you transported by ESU officers on September 21, 2012 from the Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on September 21, 2012 by ESU officers at the Bronx Court prior to be transported back to your facility?

A.    Yes.

Q.    Did you attend court on September 21, 2012?

A.    I can't recall.

Q.    Do you recall who was present at your strip search at the Bronx Court on September 21, 2012?

A.    No.

Q.    Do you recall how many ESU officers were present at your strip search at the Bronx Court on September 21, 2012?

A.    Two.

Q.    Can you provide descriptions of these ESU officers?

A.    Not presently, no.

Q.    While you were in the barred holding cell at the Bronx Court on September 21, 2012 were there inmates in the cells next to you and across from you?

A.    Yes.

Q.    Do you have any independent recollection of the

J. BRADSHAW

strip search that occurred at the Bronx Court on September 21, 2012?

A.    Independent, yes.

Q.    What do you recall?

A.    I was present.

Q.    Anything else?

A.    Well, when I say "yes," I'm saying my general recollection is that I objected to being strip searched in the cells and I did request to be strip searched in a designated stripping area. I informed the officers of the camera and that's about it. My complaint was always -- my complaint was all the same?

Q.    On September 27, 2012 at approximately 5:00 a.m. were you strip searched at Downstate Correctional Facility?

A.    Yes.

Q.    Were you transported by ESU on September 27, 2012 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on September 27, 2012 prior to being transported by ESU officers to the Bronx Court?

A.    Yes.

Q.    Do you recall who was present during the strip search that occurred on September 27, 2012 at Downstate Correctional Facility?

105

J. BRADSHAW

A.    No.

Q.    Do you recall how many officers were present for your strip search on September 27, 2012 at Downstate Correctional Facility?

A.    Two.  Two.

Q.    Can you provide descriptions of those officers?

A.    I can't recall.

Q.    Do you have any independent recollection of this strip search that occurred on September 27, 2012?

A.    Yes.

Q.    What is your independent recollection of this strip search?

A.    It's the same recollection as to every day.  My requests not to be strip searched in the cell.  My request to be strip searched in the designated stripping area.  Not to be strip searched by the toilet bowl.  Not to be strip searched in the view of other people.  It was always repetitive.

Q.    In the evening of September 27, 2012 you allege in your complaint that you were strip searched again at the Bronx Court; is this correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 27, 2012 from the Bronx Court and back to your facility?

J. BRADSHAW

A.    Yes.

Q.    Were you strip searched on September 27, 2012 at the Bronx Court prior to being transported by ESU officers back to your facility?

A.    Yes.

Q.    Do you recall the ESU officers who were present at your strip search at the Bronx Court on September 27, 2012?

A.    Yes.

Q.    Who were they?

A.    Can't recall.

Q.    You just said you could recall?

A.    Excuse me.  I can't recall.

Q.    Do you recall how many officers were present at your strip search at Bronx Court on September 27, 2012?

A.    Two.

Q.    Can you provide descriptions of these officers?

A.    I can't recall.

Q.    Did you attend court on September 27, 2012?

A.    I can't recall.

Q.    Were you placed in a barred cell on September 27, 2012?

A.    Yes.

Q.    Were there inmates in the cells near, -- let me rephrase it.

107

J. BRADSHAW

Were there inmates in the cell next to your cell and across from your cell at the Bronx Court on September 27, 2012?

A.    Yes.

Q.    In your complaint you allege that on December 6, 2012 you were strip searched at Downstate Correctional Facility at approximately 5:00 a.m.; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on December 6th, 2012 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on December 6, 2012 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at Downstate Correctional Facility on December 6, 2012?

A.    Do I recall who?

Q.    The officers who --

A.    You said who?

Q.    Do you recall?

A.    No.

Q.    Mr. Bradshaw, would you like me to repeat the question?

112

J. BRADSHAW

A.    Yes, that's accurate?

Q.    Were you transported by ESU officers on December 6, 2012 from Bronx Court and back to your facility by ESU officers?

A.    Yes.

Q.    Were you strip searched on December 6, 2012 by ESU officers prior to being transported from Bronx Court and back to your facility?

A.    Yes.

Q.    Did you attend court on December 6, 2012?

A.    I cannot recall.

Q.    Were you in contact with any inmates on December 6, 2012?

A.    No.

Q.    When you were placed in the barred cells at the Bronx Court on December 6, 2012 were there inmates in the cells next to you or across from you?

A.    Yes.

Q.    Do you have any independent recollection of the strip search you allege occurred on December 6, 2012 at Bronx Court?

A.    Yes.

Q.    What do you recall?

A.    Well, I recall requesting to be strip searched in a designated stripping area.  I recall telling the officer

J. BRADSHAW

I would not like to be stripped in the cell. I recall being across from other inmates while being stripped. I recall being refused to be stripped in a designated area. I recall a camera being present.

Q.    Do you recall --

A.    I remember standing on a dirty floor, the floor being dirty.

Q.    Do you recall how many officers were present for your strip search that occurred at Bronx Court on December 6, 2012?

A.    Yes.

Q.    How many?

A.    Two.

Q.    Can you provide descriptions of these officers?

A.    Well, that was Officer Wilson and Officer O'Connell.

Q.    Officer Wilson?

A.    And Captain Santana.

Q.    Are you saying O'Connor or O'Connell?

A.    Exactly, O'Connell.

Q.    And Captain Santana?

A.    Yes.

Q.    Was Captain Santana actually present for the strip search that occurred at Bronx Court on December 6, 2012?

114

J. BRADSHAW

A.    No.

Q.    The only two officers who were present were Officer Wilson and Officer O'Connell?

A.    Yes.  Another thing that I did remember or recollect about the strip is that I asked the officer for only one officer to be present.

Q.    Why?

A.    Because my privacy, I wanted privacy to the extent that, you know, just I want to be exposed to, you know, my modesty.

Q.    Who did you ask to have only one officer present on December 6, 2012?

A.    I spoke to the officers and that's it.

Q.    Did you ask both Officer Wilson and Officer O'Connell to be strip searched in front of only one officer?

A.    Yes.  Both of them were present when I said it.

Q.    What did they say?

A.    I was denied my request.

Q.    In your complaint you allege you were strip searched on February 5, 2013 at approximately 5:00 a.m. at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on February 5, 2013 from Downstate Correctional facility to Bronx

115

J. BRADSHAW

Court?

A.    Yes.  Excuse me, Miss Conger.

Q.    Yes.

A.    This log for February 5th is missing.  It's not in here.  I wrote a letter to you dated May 17, 2017 and I wrote all of the dates that were missing from the logs.

Q.    Mr. Bradshaw, were you strip searched on February 5, 2013 by ESU officers prior to being transported from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Do you recall who was present for your strip search on February 5, 2013 at approximately 5:00 a.m. at Downstate Correctional Facility?

A.    I can't recall the officer's names, no.

Q.    Can you describe what they looked like?

A.    I have no present recollection of their description, no.

Q.    Do you allege in your complaint that on the same day at approximately 6:00 p.m. you were strip searched at the Bronx Hall of Justice; is that correct?

A.    Yes.

Q.    Were you transported --

A.    What date was this?

Q.    February 5, 2013?

A.    Yes.

J. BRADSHAW

Q.    Were you transported by ESU officers on February 5, 2013 from the Bronx Court back to facility?

A.    Yes.

Q.    Were you strip searched on February 5, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

Q.    Do you recall who was present for the strip search that occurred on February 5, 2013 at Bronx Court?

A.    I can't recollect their name but it may have been Officer O'Connell and Officer Wilson.

Q.    Why do you think that it may have been them?

A.    Because they came the majority of the times while I was in Bronx Court.

Q.    So you don't know for sure if Officer Wilson and Officer O'Connell were present on February 5, 2013 for your strip search at the Bronx Hall of Justice?

A.    Well, I can't assure you for that day but the log -- if I was given the log for that day that could assist my efforts.

Q.    You allege in your complaint that on February 14, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on February

J. BRADSHAW

14, 2013 from Downstate Correctional Facility to the Bronx Court?

A.    Yes.

Q.    Do you recall who performed your strip search at Downstate Correctional Facility on February 14, 2013?

A.    It was Fernandez and Dukes.

Q.    How do you know that it was Fernandez and Dukes?

A.    Because the logbook assists me in identifying.

Q.    Do you have any independent recollection of the strip search that occurred at Downstate Correctional Facility on February 14, 2013?

A.    Yes.

Q.    What do you recall?

A.    I request -- I recall my requests to be strip searched in a designated area; my request not to be strip searched in a cell.  My request to be strip searched by one officer.  I recall my statements to the officer informed them that, you know -- it's other prisoners in the cells that can see in the cell.  I informed officers that there was a camera in the cell.  That's why they -- that's why they had me strip near the toilet because the toilet -- the camera can't see too much of the toilet area.  That's why I was compelled to strip there.

Q.    They accommodated your requests to be out of the view of the camera?

118

J. BRADSHAW

A.    No.  The camera could see the area but not --
it's hard to explain.  It can see it but it's hard to
explain.  Like certain angle because you know a man is a
man, so when a man urinate, the angle will prevent you from
seeing his nudity.  Not his nudity but his front but you
can still see his back.

Q.    So --

A.    If I'm fully -- if I'm fully nude, my whole body
to be exposed still.

Q.    Do you allege in your complaint that on the same
day, February 14, 2013 at approximately 6:00 p.m. you were
strip searched at Bronx Court; is that correct?

A.    On the 14th, yes.

Q.    Were you transported by ESU officers on
February 14, 2013 from the Bronx Court and back to your
facility?

A.    Yes.

Q.    Were you strip searched on February 14, 2013
prior to being transported by ESU officers from the Bronx
Court?

A.    Yes.

Q.    Do you recall the officers who were present for
your strip search at Bronx Court on February 14, 2013?

A.    I cannot recall the names of the officers.  The
log for February 14, 2013 is not included in the log file

J. BRADSHAW

other inmates; is that correct, Mr. Bradshaw?

A.    Yes.  And I said -- listen, and I'm going to fix that for you.  Before when the courthouse clears out when there's room for me to be brought to the front and for ESU to come pick me up, I'm then brought to the front for ESU to come and get me and then they'll strip search me in the front.

Q.    When you refer to the front, you are referring to the cells with bars?

A.    Yes, ma'am.

Q.    And when you are in the cells with bars, on every incident in this complaint there are inmates in the surrounding cells?

A.    Yes.

Q.    You allege in your complaint that on March 20, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that accurate?

A.    Yes.

Q.    Were you transported by ESU officers on March 20, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Can you repeat that, please.

Q.    Were you transported by ESU officers on March 20, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes, ma'am.

Q.    Were you strip searched on March 20, 2013 prior

124

J. BRADSHAW

the Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on March 20, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on March 20, 2013 prior to being transported by ESU officers from Bronx Court back to your facility?

A.    Back to Downstate, yes.

Q.    Do you recall who was present for the strip search that was conducted on Bronx Court on March 20, 2013?

A.    Officer O'Connell and Officer Wilson.

Q.    Why do you believe that Officer O'Connell and Officer Wilson were present at the strip search on March 20, 2013 at Bronx Court?

A.    The escort log is helping me recollect who was actually present.

Q.    Okay.  Did you attend court on March 20, 2013?

A.    Yes.

Q.    Were you in contact with your attorney on March 20, 2013?

A.    Yes.  Not -- I didn't have a personal encounter with him, no.

Q.    So were you not in contact with your attorney on March 20, 2013?

125

J. BRADSHAW

A.    My only encounter with my attorney on the 20th or any of those dates was in the courtroom side by side.

Q.    You were in the courtroom next to your attorney on March 20, 2013?

A.    Yes.  I has handcuffed behind my back and the officer was behind me.

Q.    And your attorney was next to you in the courtroom on March 20, 2013?

A.    Side by side, yes.

Q.    And were you placed in the barred cells at the Bronx Court on March 20, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to you and across from you on March 20, 2013?

A.    Yes.

Q.    You allege in your complaint that on April 24, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on April 24, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on April 24, 2013 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

126

J. BRADSHAW

Q.    Do you recall the officers who were present for your strip search at Downstate Correctional Facility on April 24, 2013?

A.    Fernandez.

Q.    Did you say Fernandez?

A.    Yes. And Smalls.

Q.    And Smalls?

A.    Yes.

Q.    How are you recalling that they were present for your strip search on April 24, 2013?

A.    From the log.

Q.    Again on the evening of April 24, 2013 you allege in your complaint that you were strip searched at the Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on April 24, 2013 from Bronx Court and back to your facility?

A.    Back to Downstate, yes.

Q.    Were you strip searched on April 24, 2013 by ESU officers prior to being transported from Bronx Court and back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on April 24, 2013 at the Bronx Court?

A.    Yes.

J. BRADSHAW

Q.    Who were they?

A.    The only one that I can recall, as far as the name, is Hanbury.  The other officer is omitted.

Q.    Is what?

A.    Not there.

Q.    Do you recall what the other officer looked like?

A.    Well, if I know his name, I can tell you what he look like.

Q.    Based on your recollection and your reference to the high security escort logs, the only officer you remember being present on April 24, 2013 for your strip search at the Bronx Court is Officer Hanbury?

A.    According to the log, that's the only one I can recollect as far as name, yes.

Q.    Did you attend court on April 24, 2013?

A.    Yes.

Q.    Were you in contact with your attorney on April 24, 2013?

A.    No.

Q.    You did not see your attorney in court on April 24, 2013?

A.    I did see my attorney in court.

Q.    Was your attorney standing next to you in court on April 24, 2013?

A.    Side by side.  The officers was behind me.

J. BRADSHAW

Q.    Was your attorney standing next to you?

A.    Yes.  The officer was behind me.

Q.    Please wait for me to finish my question.

A.    And my attorney was next to me.

MS. CONGER:  Mr. Bradshaw, please wait for me to finish my question so the reporter can record my question and your answer.

Q.    Was your attorney standing next to you when you appeared in court on April 24, 2013?

A.    Yes.

Q.    Were you placed in a barred cell at the Bronx Court on April 124, 2013?

A.    Yes.  When I was in court and I seen my attorney, we was side by side.  I was handcuffed and officer escorted me into the courtroom and out of the courtroom and he stood behind me the entire period.

Q.    And your attorney stood next to you?

A.    Side by side.  At least a foot away.

Q.    And I asked you whether you were placed in a barred cell on April 24, 2013 at Bronx Court.  You said yes; do you recall?

A.    Yes.

Q.    Were there inmates in the cells next to you and across from you on April 24, 2013 while you were in the barred cell?

129

J. BRADSHAW

A.    Yes.

Q.    You allege in your complaint that on May 7, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is this correct?

A.    Yes.

Q.    Were you transported by ESU officers on May 7, 2013 from Downstate Correctional Facility to Bronx Court?

A.    No.

Q.    Were you not transported by ESU officers on May 7, 2013 from Downstate to Bronx Court?

A.    No.

Q.    Were you transported by other officers from Downstate Correctional Facility to Bronx Court on May 7, 2013?

A.    No.

Q.    Who are you intending to sue for the strip search that occurred on May 7, 2013?

A.    The officers that stripped me.

Q.    Who are the officers that stripped you on May 7, 2013 at the Downstate facility if they were not ESU officers?

A.    They were ESU officers.

Q.    I just asked you that and you said no.

A.    Could you repeat the question.

Q.    My first question was were you transported by ESU

J. BRADSHAW

officers on May 7, 2013 from Downstate Correctional Facility to Bronx Court?

A.    And I said no.

Q.    Why weren't you transported on that date?

A.    Because I refused to go.

Q.    Were you strip searched by ESU officers on May 7, 2013?

A.    Yes.

Q.    Even though you were not transported on May 7, 2013 you were strip searched by ESU officers?

A.    Yes.  Yes, ma'am.

Q.    When did you refuse to go on May 7, 2013?

A.    I just refused. I didn't want to go.

Q.    Was it after they strip searched you?

A.    Before.  When I got to Downstate I refused because my refusal is to the State not to the City.

Q.    ESU officers searched you at Downstate Correctional Facility on May 7, 2013?

A.    Yes.

Q.    After you refused to go to court?

A.    Well, I would say, honestly speaking, they were in the process of affirming my refusal.  And as they were in the process of affirming my refusal ESU officers still searched me, yes.

Q.    Were you refusing to go to court as you were

133

J. BRADSHAW

Q.    What do you mean when you say compel?

A.    I was forced.  I mean I wasn't physically resisting but they are authority.  Once they speak in their authority I must comply.

Q.    What did they say to you?

A.    They said even if you refusing I will have to strip because you don't know we going -- you going to be allowed to refuse.  I said I can refuse any day, any court appearance as long as there's no forced order.  So I was telling them we had a discussion of this issue prior to me stripping and nevertheless, I was compelled by their words to do so. Or I was given direct order to do so.

Q.    You were given an order?

A.    Yes.

Q.    You allege in your complaint that on June 4, 2013 at approximately 5:00 a.m. at Downstate Correctional Facility you were strip searched; is that accurate?

A.    Could you repeat?

Q.    You allege in your complaint that on June 4, 2013 at 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that accurate?

A.    Yes.

Q.    Were you transported by ESU officers on June 4, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

J. BRADSHAW

Q.    Were you strip searched on June 4, 2013 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip on June 4, 2013 at Downstate Correctional Facility?

A.    Yes.  Palmese.  And Summa.

Q.    What was the last name, I'm sorry?

A.    Summa, S-U-M-M-A.  Summa.

Q.    Why do you believe that these two officers were present for your strip search on June 4, 2013?

A.    Well, I'm reviewing the log and I remember them. I know Palmese and Summa.

Q.    And you allege in your complaint that on the same day -- before I move on, can you provide descriptions of -- can you provide a description of Officer Palmese?

A.    Palmese, oh, yea.  Palmese is about 240.  Between 240 and 260, around that weight.  He's approximately six feet tall.  He's Caucasian.

Q.    Can you provide a description of Summa?

A.    Summa, Yes, Summa.  Summa is Caucasian as well and he is approximately 5'8 to 5'10 and he's about 230 to 250 and he look a little more heavyset then -- he's a little more heavyset.

Q.    Can you provide a description --

135

J. BRADSHAW

A.    Summa a little taller than 5'8.  He's probably like five -- five -- 5'10.

Q.    Can you provide a description of Officer Fernandez?

A.    Fernandez, yes.  Fernandez, he is a big guy, too. He's like -- you see, because most of them wear vests, so the vests distort their actual appearance in the sense of their weight and they may have more but Fernandez is pale light.  Pale light skin.

Q.    Is he white or is he Hispanic?

A.    Fernandez, yes.  That's why I said Hispanic. That's not saying Hispanic is not white.  He's pale complexion man.

Q.    Precisely how tall is he?

A.    He's about 5'8, 5'9.

Q.    And what is his approximate weight?

A.    About 220, 230.

Q.    Can you please provide a description of Smalls?

A.    Smalls.  Oh, Smalls is African-American and he's short.  He's like -- he's like five -- probably like 5'7. He's short.

Q.    Approximately how much does Smalls weigh?

A.    Well, short -- his height -- he probably like 180.  He's short, though.  He's not fat.  He's not a skinny man either but --

J. BRADSHAW

Q.    Officer Hanbury, can you please provide?

A.    You said Hanbury?

Q.    Yes.  Can you please provide a description of Hanbury?

A.    Hanbury, if I remember, he's brown-skinned.  He most the time did the driving though.

Q.    When you say brown-skinned, do you mean that he is Hispanic?

A.    He a little darker than me.  No.  Hanbury was African-American.

Q.    Approximately how tall is he?

A.    About 5'9.  Hanbury is not really tall.

Q.    What is his approximate weight?

A.    He's shorter than me.  He's slim.  He's about 170.  Slim.  I'm 6'2 so he's shorter than me.

Q.    In your complaint you allege that on June 4, 2013 at 6:00 p.m. you were strip searched at the Bronx Court; is that accurate?

A.    Bronx Court, yes.

Q.    Were you transported by ESU officers on June 4, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on June 4, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

J. BRADSHAW

A.    Yes.

Q.    Do you recall who was present at your strip search at Bronx Court on June 4, 2013?

A.    Yea.  It was Wilson and Gaton.

Q.    Wilson and who?

A.    Gaton.

Q.    Gaton?

A.    Gaton.

Q.    Baton?

A.    Gaton.

Q.    Will you please describe Gaton?

A.    I can't recall his description.

Q.    How do you know he was there?

A.    How do I know, because I was present.

Q.    Did he tell you his name was Gaton on June 4, 2013?

A.    New York City Department of Corrections officers have a large name tag on their clothing and they wear it on the right side of their uniform.  It's very large.

Q.    So the reason you know that Officer Gaton was present on June 4, 2013 is because you saw his name tag?

A.    Well, I recollect him.  I just can't recollect his description at this very moment.

Q.    You recall his name tag but you don't recall his description?

138

J. BRADSHAW

A.   No.  I'm looking at the log to assist me to recall who was present.  That's one thing I'm doing.  Now I know Officer Gaton.  I just can't recollect his description.

Q.   Did you attend court on June 4, 2013?

A.   I can't recall.

Q.   Did you see your attorney on June 4, 2013 at the Bronx Court?

A.   I can't recall.

Q.   Were you placed in the barred cells at the Bronx Court on June 4, 2013?

A.   Yes.

Q.   Were there inmates in these cells next to you and across from you while you were in the barred cells at the Bronx Court on June 4, 2013?

A.   Yes.

Q.   In your complaint you allege that on June 12, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.   Yes.

Q.   Were you transported by ESU officers on June 12, 2013 from Downstate Correctional Facility to Bronx Court?

A.   Yes.

Q.   Were you strip searched on June 12, 2013 by ESU officers prior to being transported to Bronx Court?

J. BRADSHAW

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on June 12, 2013?

A.    Yes.

Q.    Who were they?

A.    Palmese and Summa.

Q.    Why do you remember this?

A.    I'm looking at the escort log and I'm recollecting that those were the two officers that was present and I know them two officers personally.

Q.    In your complaint you also allege that on the same day, June 12, 2013 at approximately 6:00 p.m. you were strip searched at Bronx Court; is this accurate?

A.    Yes.

Q.    Were you transported by ESU officers on June 12, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on June 12, 2013 by ESU officers prior to being transported back to your facility from Bronx Court?

A.    Yes.

Q.    Do you recall who was present for the strip search at Bronx Court on June 12, 2013?

A.    O'Connell and Wilson.

Q.    Did you attend court on June 12, 2013?

140

J. BRADSHAW

A.    I can't recall.

Q.    Did you see your attorney at the Bronx Court on June 12, 2013?

A.    I can't recall.

Q.    Were you placed in the barred cells at the Bronx Court on June 12, 2013?

A.    Yes.

Q.    Were there inmates in these cells next to your cell and across from your cell while you were at the Bronx Court on June 12, 2013?

A.    Yes.

Q.    You allege in your complaint that on June 27, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on June 27, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Did you -- can I ask you -- did you --

Q.    Please answer the question before you ask me a question, Mr. Bradshaw?

A.    I say yes.

Q.    What is your question?

A.    The last one you said was June 12th or June 4th?

Q.    June 12th was the last date that we discussed.

A.    Okay.  Thank you.

J. BRADSHAW

Q.    I'm now referring to paragraph 48 on page 15.

A.    Yes.

Q.    Were you strip searched on June 27, 2013 prior to being transported by ESU officers to Bronx Court from Downstate Correctional Facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on June 27, 2013 at Downstate Correctional Facility?

A.    Yes.

Q.    Who was present?

A.    It was Dukes, Officer Dukes and Tittel.

Q.    Can you repeat the last name you just said?

A.    Tittel.

Q.    Will you please provide descriptions of Officer Dukes and Officer Tittel?

A.    I can't recall.  I can't recall Tittel's description.

Q.    Please describe Officer Dukes?

A.    Dukes is African-American brown skinned.  Dark skinned for you.

Q.    How tall is he?

A.    About 5'8.  Brown skinned.

Q.    Approximate weight?

A.    170. 180.

J. BRADSHAW

Q.    Why did you believe that Officer Tittel was present for your strip search at Downstate Correctional Facility on June 27, 2013?

A.    I'm recalling it from the log.

Q.    But you can't recall what Officer Tittel looks like?

A.    No.  I can't recall his appearance.

Q.    You allege in your complaint that on the same day, June 27, 2013 at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on June 27, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on June 27, 2013 prior to being transported by ESU officers from the Bronx Court and back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at the Bronx Court on June 27, 2013?

A.    This connection is breaking up every time you speak.  It's something wrong with the reception.  I can't hear you, really.  But something need to be done.  You hear it; right, ma'am.

PLAINTIFF'S ESCORT:  I heard last time.

143

J. BRADSHAW

A.    Can you speak again.

Q.    Do you recall the officers who were present for your strip search at Bronx Court on June 27, 2013?

A.    I understood what you saying but the reception is coming out bad.

Q.    If you understand the question you can answer it, Mr. Bradshaw.

A.    Yes.  Every time you speak it's like -- it's like -- like a stereo going in and out.

Q.    Did you hear my question?

A.    You hear it; right.  She hear it too.

Q.    Did you hear my question?

A.    I said yes to your question.  But it's going to be difficult for me to continue without it being --

Q.    Can you hear my questions?

A.    She said -- she said could you bring the speaker closer.  Yes.

Q.    Yes.  Can you hear me better now?

A.    In fact, yes.

Q.    To be clear --

A.    It's a screeching sound.

Q.    Mr. Bradshaw?

A.    I hear a screeching sound.

Q.    Can you hear me now?

A.    Yes, ma'am.

144

J. BRADSHAW

Q.      To be clear, you allege in your complaint that on June 27, 2013 at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.      Yes, ma'am.

Q.      Were you transported by ESU officers on June 27, 2013 from Bronx Court and back to your facility?

A.      Yes.

Q.      Were you strip searched on June 27, 2013 by ESU officers prior to being transported from Bronx Court and back to your facility?

A.      Yes.

Q.      Do you recall the officers who were present for your strip search at the Bronx Court on June 27, 2013?

A.      Yes.

Q.      Who were they?

A.      O'Connell and Gaton.

Q.      Why do you recall that O'Connell and Gaton were present for your strip search on June 27, 2017?

A.      The log has refreshed my memory.

Q.      Did you attend court on June 27, 2013?

A.      I cannot recall.

Q.      Did you meet with your attorney in the Bronx Court on June 27, 2013?

A.      I cannot recall.

Q.      Were you placed in a barred cell at Bronx Court

145

J. BRADSHAW

on June 27, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to your cell and across from your cell at the Bronx Court on June 27, 2013?

A.    Yes.

Q.    In your complaint you allege that on July 110, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on July 10, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on July 10, 2013 prior to being transported by ESU officers to Bronx Court?

A.    Yes.

Q.    Do you know who the officers were that were present at your strip search at Downstate Correctional Facility on July 10, 2013?

A.    Yes.

Q.    Who were they?

A.    Summa.

Q.    Yes?

A.    And Cai.

Q.    What was?

J. BRADSHAW

A.    And Cai.

Q.    Can you spell that?

A.    C-A-I.

Q.    C-A-I.

A.    Yes.

Q.    Can you describe Officer Cai, please?

A.    Cai is Asian.  He's an Asian man.  He's slim. He's really slim and he's about 5'8.  He weighs about 160 pounds.  He's real light man.

Q.    Why do you recall Summa and Cai were present for your strip search at Downstate Correctional Facility on July 13, 2013?

A.    The log refreshed my memory.

Q.    You allege that on July 10, 2013 at 6:00 p.m. you were strip searched again at the Bronx Court; is that accurate?

A.    Yes.

Q.    Were you transported by ESU officers on July 10, 2013 prior to being returned to your facility from the Bronx Court?  I'm sorry, let me rephrase.

A.    Yes.

Q.    Let me rephrase the question.  That was confusing.  Were you transported by ESU officers on July 10, 2013 from Bronx Court and back to your facility?

A.    Yes.

J. BRADSHAW

Q.    Were you strip searched on July 10, 2013 prior to being transported by ESU officers from the Bronx Court and back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at the Bronx Court on July 10, 2013?

A.    Yes.

Q.    Who were the officers who were present?

A.    Wilson and O'Connell.

Q.    Why do you believe that Wilson and O'Connell were present for this strip search?

A.    The log has allowed me -- I refreshed my memory with the log.

Q.    Did you attend court on July 10, 2013?

A.    I can't recall.

Q.    Did you have contact with your attorney at the Bronx Court on July 10, 2013?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on July 10, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to your cell and across from your cell at the Bronx Court on July 10, 2013?

A.    Yes.

148

J. BRADSHAW

Q.    In your complaint you allege that on July 15, 2013 at approximately 5:00 a.m. were you strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on July 15, 2013 from Downstate Correctional Facility to the Bronx Court?

A.    Yes.

Q.    Were you strip searched on July 15, 2013 prior to being transported by ESU officers to the Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search?

A.    I have no present recollection.  The logbook -- I mean the log for that date was not given to me.

Q.    Can you describe the officers who were present for your strip search at Downstate Correctional Facility on July 15, 2014?

A.    I have no present recollection.  If I know their name, I would be able to describe that person.

Q.    Do you know anything about the strip search on July 15, 2013?

A.    Yes.

Q.    What do you recall?

A.    I recall requesting not to be strip searched in

149

J. BRADSHAW

the cell. I request to be strip searched in a designated stripping area. I request not to be strip searched near a toilet bowl. I request not to be strip searched in a cell because the other inmates -- I'm in their view and in the people that's passing by. I recall just being denied my requests.

Q. Were any of the guards that strip searched you on any of these incidents in your complaint female?

A. No.

Q. In your complaint you don't allege you were strip searched at Bronx Court on July 15, 2013; is there a reason why?

A. Because I may not have been strip searched improperly at that facility on that day.

Q. What do you mean when you say --

A. They may have stripped me. They may have strip searched me off camera. They may have searched me out of the view of other people. I didn't make up no lies so for that -- if I didn't write it, that means they didn't do it. They didn't o it improperly or they granted my request.

Q. To be clear, when you are saying that a strip search is improper, you are referring to a strip search that is on camera or in the view of other inmates?

A. I can't hear everything that you just said. I didn't hear everything you said.

151

J. BRADSHAW

A.     Well, even given the searches, there were female officers on the walk passing by.  It was many other things that I would have to sit down and recall each specific detail.

Q.     Mr. Bradshaw, you brought this complaint for the purposes of correcting this error that you believe these searches were improper.  It is your job to express now what you believe is improper about these strip searches.  You need to try to recall what is improper about these strip searches.

A.     Yes.  And you are right.  You are absolutely right.

Q.     I'm asking you now to list the factors you believe constitute to making a strip search improper?

A.     Well --

Q.     These strip searches that you alleged in your complaint?

A.     Yes.  The only thing that I believe it was improper where they compel me to strip next to a toilet bowl.  They did not strip search me in a designated stripping area.  They strip searched me in the cell where there was a camera.  And I was also in the view of other inmates.  I was in the view of other officers.  I was in the -- I was being strip searched by two officers instead of at minimum one.  The fact that on occasions I was

155

J. BRADSHAW

Q.    Are there any other officers that threatened you?

A.    No.  Honestly, no.  It was just Mitten, Captain Mitten, McArdle and Harris.

Q.    You allege in your complaint that on August 20, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yea.  Yes.

Q.    Were you transported by ESU officers on August 20, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on August 20, 2013 prior to being transported by ESU officers to the Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on August 20, 2013?

A.    Yes.

Q.    Who were they?

A.    Almodovar.  I can't pronounce the name properly. But I can spell it.  It's A-L-M-O-D-O-V-A-R.

Q.    Who was the other officer?

A.    Beuno is his name.

Q.    Would you spell that?

A.    Beuno, B-E-U-N-O. Beuno.

Q.    Why did you recall that Officer Beuno was present

156

J. BRADSHAW

for your strip search at Downstate Correctional facility on August 20, 2013?

A.    I'm recollection from the logs.

Q.    Can you describe Officer Beuno?

A.    I have no recollection as to his description.

Q.    Can you describe Officer Almodovar?

A.    Yea.  Yea.  Yes.  He's a heavyset guy.  He's Caucasian.  He's heavyset.  He's about 6'1.  He's my height.

Q.    Approximate weight?

A.    About 240.  Heavyset, though.  Not solid.

Q.    You allege in your complaint that on the same day, August 20, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is this accurate?

A.    Yes.

Q.    Were you transported by ESU officers on August 20, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on August 20, 2013 by ESU officers prior to being transported from Bronx Court and back to your facility?

A.    Yes.

Q.    Do you recall the officers that were present during your strip search at Bronx Court on August 20, 2013? Did you hear my question?

J. BRADSHAW

A.    Yes.

Q.    You are reading something?

A.    Yes.

Q.    What are you reading?

A.    The escort log.  It's Ben -- Korte and Benjamin.

Q.    Benjamin?

A.    No. It's Korte.

Q.    And Benjamin?

A.    Yea.  And Benjamin.

Q.    Will you please describe Korte's physical appearance?

A.    You said who?

Q.    Will you please describe Korte's physical appearance?

A.    Korte?

Q.    Yes.

A.    Korte is African-American.  I know him.

Q.    How tall is Korte?

A.    Korte, I can't recall court too much.

Q.    Do you recall his approximate height and weight?

A.    Not at this present moment.

Q.    Do you recall or can you describe -- can you describe Officer Benjamin's appearance?

A.    Benjamin, no, I can't recall.

Q.    Why do you believe that Officer Korte and Officer

158

J. BRADSHAW

Benjamin were present for your strip search at Bronx Court on August 20, 2013?

A.    Can you repeat?

Q.    Why do you believe that Officer Korte and Officer Benjamin were present for our strip search on August 20, 2013?

A.    Can you repeat?

Q.    Why do you believe that Officer Korte and Officer Benjamin were present for your strip search on August 20, 2013 at the Bronx Court?

A.    I'm recollecting from the logs.

Q.    Did you attend court on August 20, 2013?

A.    Yes.

Q.    Did you see your attorney on August 20, 2013?

A.    Yes.

Q.    Was your attorney standing next to you in court on August 20, 2013 at Bronx Court?

A.    Yes.

Q.    Were you placed in a barred cell on August 20, 2013 at Bronx Court?

A.    Yes.

Q.    Were there inmates in the cells next to you and across from you at the Bronx Court on August 20, 2013?

A.    Yes.

Q.    Why do you remember that you went to court on

J. BRADSHAW

August 20, 2013?

A.    That was my court date.

Q.    Weren't all of these incidents court dates?

A.    Yes.

Q.    So why do you remember on this date you did, in fact, go to court?

A.    Because of the procedures that was -- the stage of my case.

Q.    What was the stage of your case?

A.    Pretrial hearings.

Q.    You had a pretrial hearing on August 20, 2013?

A.    Well, I don't know whether the hearing was actually conducted that day but it was during this period, yes.

Q.    Why do you remember you went to court on August 20, 2013?

A.    'Cause I remember going to court that day.

Q.    Was it different the from any other day that you can't remember that you went to court?

A.    Some days are more outstanding than others.

Q.    Why was this day more outstanding than others?

A.    Because I was in the process of commencing pretrial hearings.

MS. CONGER:  Mr. Bradshaw, we're going to take a break for lunch right now.  The time is

J. BRADSHAW

1:32 p.m. We will reconvene in about 30 minutes. Is that enough time for you?

THE WITNESS:  Yes, please.  Thank you.  I need a break.  Thank you.

MS. CONGER:  In 30 minutes we'll be back on the record.

THE WITNESS:  Thank you.

(Whereupon, a short recess was taken.)

Q.    Mr. Bradshaw, are you ready to go back on the record?

A.    Yes.

MS. CONGER:  The time is 2:04 p.m. We are going back on the record.

Q.    In your complaint you allege that on August 21, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on August 24, 2013 at approximately 5:00 a.m. from Downstate Correctional Facility to Bronx Court?

A.    Did you say August 24th or 1st?

Q.    August 24, 2013?

A.    Yes.

Q.    Were you strip searched on August 21, 2013 prior to being transported by ESU officers to Bronx Court?

161

J. BRADSHAW

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on August 21, 2013 at the Downstate Correctional Facility?

A.    (No Response.)

Q.    Mr. Bradshaw, you are reading something?

A.    Yes.

Q.    What are you reading?

A.    The logs.  The escort logs.

Q.    Do you need me to ask you the question again?

A.    No.  It was McArdle and Henry.

Q.    Can you describe Henry's physical appearance?

A.    Henry?

Q.    Yes.

A.    Henry is -- he's like a caramel complexion.  He's real slim.  He's about shorter than me.  He's probably about 5'10, 5'11.

Q.    And why do you believe that McArdle and Henry were present for the strip search at Downstate Correctional Facility on August 21, 2013?

A.    I'm recollecting from the activity logs.  The logs.

Q.    In your complaint you allege that on the same day, August 21, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

162

J. BRADSHAW

A.    Yes.

Q.    Were you transported by ESU officers on August 21, 2013 from Bronx Court back to your facility?

A.    Yes.

Q.    Were you strip searched on August 21, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at Bronx Court on August 21, 2013?

A.    Probably Hanbury and White.

Q.    Will you please describe Officer White's physical appearance?

A.    Can't recall.

Q.    Why do you believe that Officer Hanbury and Officer White were present for the strip search performed on you at Bronx Court on August 21, 2013?

A.    I'm referring to the logs.

Q.    Did you attend court on August 21, 2013?

A.    Wait.  Excuse me.  Excuse me.  Excuse me.  Yes.

Q.    Are you saying that, yes, did you attend court on August 21, 2013?

A.    Yes.

Q.    Did you see your attorney in court on August 21, 2013?

J. BRADSHAW

A.    Yes.

Q.    Was your attorney standing next to you in court on August 21, 2013?

A.    Yes.

Q.    Were you placed in a barred cell at Bronx Court on August 21, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to you and across from you at the Bronx Court on August 21, 2013?

A.    Yes.

Q.    In your complaint you allege that on September 3, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is this correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 3, 2013, from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on September 3, 2013 by ESU officers prior to being transported to Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on September 3, 2013 at Downstate Correctional Facility?

A.    No.  Not that I can recall.  The activity log for

164

J. BRADSHAW

that date was actually missing.

Q.    You have no present recollection of the officers who were present for your strip search at Downstate Correctional Facility on September 3, 2013?

A.    I cannot recall their names.

Q.    Can you describe physical descriptions of the officers that were present for your strip search at Downstate Correctional Facility on September 3, 2013?

A.    I cannot recall at the moment, no.

Q.    Do you recall how many officers were present for your strip search at Downstate Correctional Facility on September 3, 2013?

A.    Two.

Q.    In your complaint you allege that on the same day, September 3, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on September 3, 2013 from Bronx Court back to your facility?

A.    Yes.

Q.    Were you strip searched on September 3, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present

165

J. BRADSHAW

during your strip search at Bronx Court on September 3, 2013?

A.    I cannot recall at this moment.  I don't have the log for that date for Bronx Court.

Q.    Do you recall how many officers were present for your strip search at Bronx Court on September 3, 2013?

A.    Two.

Q.    Can you provide physical descriptions of the officers present during your strip search at Bronx Court on September 3, 2013?

A.    I can't recollect.

Q.    Did you attend court on September 3, 2013?

A.    No.

Q.    Did you meet with your attorney --

A.    I can't recollect.

Q.    No, or you can't recollect?

A.    I can't recall.

Q.    Did you meet with your attorney on September 3, 2013?

A.    Yes.

Q.    Why are you able to recall that you met with your attorney on September 3, 2013?

A.    Because I didn't meet him personally.  I met him in a booth.  It was an attorney/client visit.

Q.    This visit occurred at Bronx Court?

J. BRADSHAW

A.    Yes.  And it was a glass booth where I was on one side and he was on the other.

Q.    But you cannot recall if you appeared in court on September 3, 2013?

A.    I'm not exactly sure whether I went to the courtroom but I know I seen him that day.

Q.    Were you placed --

A.    I can't recall.

Q.    Were you placed in a cell with bars at Bronx Court on September 3, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to your cell and across from your cell at Bronx Court on September 3, 2013?

A.    Yes.

Q.    In your complaint you allege that on September 5 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is this correct?

A.    September 5th?

Q.    2013?

A.    Yes.

Q.    Were you transported by ESU officers on September 5, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

167

J. BRADSHAW

Q.    Were you strip searched on September 5, 2013 by ESU officers prior to being transported to Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present during your strip search on September 5, 2013 at Downstate Correctional Facility?

A.    You said September 15th or 5th?

Q.    I'm sorry if I misspoke.  I was referring to September 5, 2013.

My question is:  Were you strip searched on September 5, 2013 by ESU officers prior to being transported to the Bronx Court from Downstate Correctional facility?

A.    Yes.

Q.    Do you recall the officers who performed or were present for your strip search on September 5, 2013 at Downstate Correctional Facility?

A.    Do I recall the officers, no.  I don't have the log for that day.

Q.    Do you recall their physical appearance?

A.    (No Response.)

Q.    Mr. Bradshaw, what are you referring to?

A.    The logs.  It was Lamont.  I remember maybe Lamont.

Q.    Do you know that Lamont was present during your

J. BRADSHAW

strip search on September 5, 2013 at Downstate Correctional Facility?

A.    Oh, at Downstate, no.  No, I'm not -- I can't recall.

Q.    Can you recall any officer that was present for your strip search at Downstate Correctional Facility on September 5, 2013?

A.    I can't recall.  I don't have the logs.

Q.    Do you recall how many officers were present for your strip search at Downstate Correctional Facility on September 5, 2013?

A.    Two.

Q.    Do you specifically recall anything about the strip search on September 5, 2013 at Downstate Correctional Facility?

A.    Yes.

Q.    What do you recall?

A.    I request to be strip searched.  I request to be in strip search in the designated strip area.  I request not to be strip searched in the cell next to a toilet bowl; not on camera.  Not to be strip searched in the presence of passerby or other inmates.

Q.    Was there a toilet in the cell at Downstate Correctional Facility on September 5, 2013?

A.    Yes.

J. BRADSHAW

Q.    In your complaint you allege that on the same day, September 5, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is that accurate?

A.    In Bronx Court, yes.

Q.    Were you transported by ESU officers on September 5, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on September 5, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yep.

Q.    Do you recall the officers who were present during your strip search on September 5, 2013 at Bronx Court?

A.    I don't have the log for that day.  I can't recall.

Q.    Do you recall anything about your strip search at Bronx Court on September 5, 2013?

A.    Well, I can recall stating that I don't want to be strip searched in the cell, I wanted to be strip searched in a designated strip area.  I didn't want to be strip searched in front of other prisoners, in the presence of other prisoners, under surveillance and many of those things I did say.

Q.    Do you recall how many officers were present for

J. BRADSHAW

your strip search at Bronx Court on September 5, 2013?

A.    Two.

Q.    Can you provide physical descriptions of either of the officers who were present for your strip search at Bronx Court on September 5, 2013?

A.    I can't recall at this moment, no.

Q.    Did you attend court on September 5, 2013?

A.    The fifth.  I can't recall.  Not that day.

Q.    Can you recall whether you had contact with your attorney at Bronx Court on September 5, 2013?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on September 5, 2013?

A.    Yes.

Q.    Were there inmates in the cells next to your cell and across from your cell at the Bronx Court on September 5, 2013?

A.    Yes.

Q.    In your complaint you allege that on October 4, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that accurate?

A.    You said the fourth?

Q.    October 4, 2013?

A.    Yes.

Q.    Were you transported by ESU officers on October

171

J. BRADSHAW

4, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on October 4, 2013 by ESU officers prior to being transported to the Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on October 4, 2013 at Downstate Correctional Facility?

A.    I can't recall.

Q.    Do you recall how many officers were present during your strip search on October 4, 2013 at Downstate Correctional Facility?

A.    Two.

Q.    Can you provide physical descriptions of the officers who were present for your strip search at Downstate Correctional Facility on October 4, 2013?

A.    I have no -- I can't recall.

Q.    Can you recall anything about the strip search at Downstate Correctional Facility on October 4, 2013?

A.    I recall objecting to being strip searched in the cell.  I recall objecting to being stripped on camera.  I object to being strip searched in the presence of other people.  I object to being stripped in a dirty floor.  Same complaints.  It was always repetitive.

172

J. BRADSHAW

Q.    Was there a toilet in your cell that you were strip searched in at Downstate Correctional Facility on October 4, 2013?

A.    Yes.

Q.    In your complaint you allege that on the same day, October 4, 2013, at approximately 6:00 p.m. you were strip searched the at Bronx Court; is that accurate?

A.    Yes.

Q.    Were you transported by ESU officers on October 4, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on October 4, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present at your strip search at Bronx Court on October 4, 2013?

A.    I can't recall.

Q.    Do you recall how many officers were present for the strip search that occurred at Bronx Court on October 4, 2013?

A.    Two.

Q.    Can you provide physical descriptions of the officers who were present for your strip search on October 4, 2013 at Bronx Court?

J. BRADSHAW

A.    I can't recall.

Q.    Did you attend court on October 4, 2013?

A.    I can't recall.

Q.    Did you meet with your attorney at Bronx Court on October 4, 2013?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on October 4, 2013?

A.    Yes.

Q.    Were there inmates in the cell next to you and across from you at Bronx Court on October 4, 2013?

A.    Yes.

Q.    In your complaint you allege that on November 4, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Could you repeat that, please.

Q.    In your complaint you allege that on November 4, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Correct.

Q.    Were you transported by ESU officers on November 4, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on November 4, 2013 by

174

J. BRADSHAW

ESU officers prior to being transported to Bronx Court from Downstate Correctional Facility?

A.    Yes.

Q.    Do you recall the officers who were present during your strip search at Downstate Correctional Facility on November 4, 2013?

A.    I can't pronounce their name.

Q.    Can you spell them?

A.    It's -- well, it's even difficult to read it. That's why I can't really pronounce it.  But on the sheet it says Sustache.  S -- this is what I see. S-U-S-T-A-C-H-E. The shield number is 12733.

Q.    What is the Bates stamped number on the page you are referring to?

A.    The Bates stamp number is 0065.

Q.    What is the other name of the other officer that you say was present for your strip search on November 4, 2013 at Downstate Correctional Facility?

A.    I see Mininno or whatever his name is.

Q.    Can you spell the name that you are referring to?

A.    No.  No.  No.  It's Grillo and Mercado, the two first names.

Q.    Sustache was not present for your strip search at Downstate Correctional Facility on November 4, 2013?

A.    I didn't understand what you first said.  What

J. BRADSHAW

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at Bronx Court on November 4, 2013?

A.    At Downstate?  I mean at Bronx Court?

Q.    Yes.

A.    It was Wilson and O'Connell.

Q.    Why do you believe that Wilson and O'Connell were present for your strip search at Bronx Court on November 4, 2013?

A.    Well, the vehicle allows me -- I mean the log report helps me identify them that they were present that day.

Q.    Did you attend court on November 4, 2013?

A.    I can't recall.

Q.    Did you see your attorney at Bronx Court on November 4, 2013?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on November 4, 2013?

A.    Yes.

Q.    Were there inmates in the cell next to you, next to your cell and across from your cell at Bronx Court on November 4, 2013?

A.    Yes.

Q.    In your complaint you allege that on November 22,

179

J. BRADSHAW

2013, at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on November 22, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on November 22, 2013 by ESU officers prior to being transported to Bronx Court from Downstate Correctional Facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search at Downstate Correctional Facility on November 22, 2013?

A.    Yes.

Q.    Who were the officers who were present?

A.    Murphy and Marino.  I don't know how he wrote his name but his shield number is 15079.

Q.    When you say he, you are referring to Marino?

A.    Yes.

Q.    He has shield number 15079?

A.    Yes.

Q.    Can you describe Officer Marino?

A.    I have no recollection.

Q.    How do you know that Officer Marino was present

J. BRADSHAW

for the strip search at Downstate Correctional Facility on November 22, 2013?

A.    Because the logbook helps me recollect that he was present for the search.

Q.    Can you provide a description of Officer Murphy?

A.    I don't have no recollection of his description.

Q.    Why do you believe Officer Murphy was present for your strip search at Downstate Correctional Facility on November 22, 2013?

A.    Because the log assist me in identifying who was present.

Q.    Mr. Bradshaw, there are multiple people listed for each date of transport on the logs.  How do you know which officer was the one that was present for your strip search if you can't remember what they look like?

A.    The vehicle.  See, the captain is in one vehicle and I'm in the other.  All -- the officers that are in the vehicle with the captains were not the officers that comes inside.  The officers that's in the vehicle with the captain stays outside because two vans come.  Two vans come.  One van has the captain and two officers and the other van have just the two officers and I'm in the van with just the two officers.  The vehicle with the captain is logged.  The vehicles with the captain is logged.  And I'm always -- and I'm always in the vehicle without the

181

J. BRADSHAW

captain.

Q.    What you are referring to is a process of elimination based on the vehicle number.  You don't have any specific recollection of these officers being present?

A.    No.  The only time I process eliminate is when I have no knowledge of the names of the officers or I have no knowledge of -- or no -- no memory of those particular officers.  But as I told you before -- you hear me?  You listening?

Q.    Go on, Mr. Bradshaw.

A.    What?

Q.    Go on, Mr. Bradshaw.

A.    I told you before that majority of the officers I remember.  That's why I was able to identify them and give you descriptions of them.  But all -- every single officer I don't -- I didn't know permanently nor am I able to recollect, to give a description of them in a case such as this one.  I gave you the process of elimination because I know that I was in the vehicle -- wasn't the vehicle with the captain because I'm familiar with the process of being transported.

The fact that the two officers remain -- remain outside in the van and two officers come inside to get me with the captain and the officers that come and get me that comes inside, those are the officers that search me and

J. BRADSHAW

those are the officers that place me in their van.

Q.    Mr. Bradshaw, you allege in your complaint that on the same day, November 22, 2013, at approximately 6:00 p.m. you were strip searched in Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on November 22, 2013 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on November 22, 2013 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

Q.    Do you recall the officers who were present for your strip search on November 22, 2013 at Bronx Court?

A.    O'Connell and McArdle.

Q.    Why do you believe that O'Connell and McArdle were present for your strip search at Bronx Court on November 22, 2013?

A.    Well, the log report helps me identify their presence that day and I know these two officers personally.

Q.    Did you attend court on November 22, 2013?

A.    I can't recall.

Q.    Did you meet with your attorney at Bronx Court on

183

J. BRADSHAW

November 22, 2013?

A.    Okay.

Q.    Were you placed in a barred cell on November 22, 2013?

A.    Yes.  If I was not placed in the front of the facility and stripped, I didn't include that date in my complaint.  I only included days that I was brought to the front and stripped.

Q.    Were there inmates in your cell and across from your cell on November 22, 2013?

A.    Yes.

Q.    In your complaint you allege that on December 9, 2013 at approximately 5:00 a.m. you were strip searched at Downstate Correctional Facility; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on December 9, 2013 from Downstate Correctional Facility to Bronx Court?

A.    Yes.

Q.    Were you strip searched on December 9, 2013 by ESU officers at Downstate Correctional Facility prior to being transferred to Bronx Court?

A.    Yes.

Q.    Do you recall the officers who were present during your strip search at Downstate Correctional Facility

J. BRADSHAW

on December 9, 2013?

A.    Yes.  McArdle and Mininno.

Q.    Mininno?

A.    Yes.

Q.    Can you please provide a physical description of ESU Officer Mininno?

A.    I have no recollection.

Q.    Why do you believe that McArdle and Mininno were present for your strip search at Downstate Correctional Facility on December 9, 2013?

A.    Well, the log reports help me recollect that they were present.

Q.    In your complaint you allege on the same day, December 9, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    You said 16th or 9th?

Q.    My question was:

In your complaint you allege that on the same day, December 9, 2013, at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on December 9, 2013 from Bronx Court back to your facility?

A.    Yes.

Q.    Were you strip searched on December 9, 2013 by

185

J. BRADSHAW

ESU officers prior to being transported from Bronx Court back to your facility?

A.     Yes.

Q.     Do you recall the officers who were present for your strip search at Bronx Court on December 9, 2013?

A.     Yes.

Q.     Who were the officers who were present?

A.     Wilson and I can't make out the other name but his shield number is 13672.

Q.     Can you tell me the Bates stamp of the page that you are referring to?

A.     70.

Q.     Can you make out any letters in the name?

A.     Well, it looks like an L-E-D -- that's all I see.

Q.     Can you provide a physical description of this officer?

A.     No. I have no recollection.

Q.     Why do you believe that Officer Wilson and officer with shield number 13672 were present for your strip search at Bronx Court on December 9, 2013?

A.     The logbook helps me identify that they were present that day.

Q.     Did you attend court on December 9, 2013?

A.     December 9th. I can't recall that date. No, I can't.

186

J. BRADSHAW

Q.    Did you meet with your attorney on December 9, 2013 at Bronx Court?

A.    1 can't recall.

Q.    Were you placed in a barred cell at Bronx Court on December 9, 2013?

A.    I can't -- yes.

Q.    Were there inmates in the cells next to your cell and across from your cell at Bronx Court on December 9, 2013?

A.    Yes.

Q.    In your complaint you allege that on January 16, 2014 at approximately 6:00 p.m. you were -- let me rephrase that question.

You allege in your complaint that on January 16, 2014 at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on January 16, 2014 from Bronx Court and back to your facility?

A.    Yea.

Q.    Were you strip searched on January 16, 2014 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

187

J. BRADSHAW

Q.    Do you recall the officers who were present for your strip search on January 16, 2014 at the Bronx Court?

A.    Yes.

Q.    Who were the officers who were present?

A.    At Bronx Court?

Q.    Yes.

A.    Wilson and O'Connell.

Q.    To be clear, the officers who were present for your strip search at Bronx Court on January 16, 2014 were Officer Wilson and O'Connell?

A.    Yes.

Q.    Did you attend court on January 16, 2014?

A.    I can't recall.

Q.    Did you meet with your attorney at Bronx Court on January 16, 2014?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on January 16, 2014?

A.    Yes.

Q.    Were there inmates in the cells next to you at Bronx Court on January 16, 2014?

A.    (No Response.)

Q.    Mr. Bradshaw, what are you referring to?

A.    The complaint.

Q.    Why?

188

J. BRADSHAW

A.    Because I allege only the Bronx Court on this day and it was for a reason.

Q.    What was the reason?

A.    This day they stripped me inside of the shower. They didn't strip me on camera in a cell at Bronx -- I mean at Downstate.

Q.    So to be --

A.    They stripped me in a designated stripping area here on this day.  What was your question again?  Sorry.

Q.    Were there inmates in the cells next to your cell and across from your cell at Bronx Court on January 16, 2014?

A.    Yes.

Q.    You allege in your complaint that on February 5, 2014 at approximately 6:00 p.m. you were strip searched at Bronx Court; is that correct?

A.    Yes.

Q.    Were you transported by ESU officers on February 5, 2014 from Bronx Court and back to your facility?

A.    Yes.

Q.    Were you strip searched on February 5, 2014 by ESU officers prior to being transported from Bronx Court back to your facility?

A.    Yes.

189

J. BRADSHAW

Q.    Do you recall the officers who were present for your strip search at Bronx Court on February 5, 2014?

A.    Yes.

Q.    Who were the officers who were present?

A.    That day is missing.  I don't have the log date so I'm unable to recollect.

Q.    Do you recall how many officers were present for your strip search on February 5, 2014 at Bronx Court?

A.    Two.

Q.    Can you provide the descriptions of the two officers who were present for your strip search on February 5, 2014 at Bronx Court?

A.    I can't have a -- I can't recollect.

Q.    Can you hear me, Mr. Bradshaw?

A.    Yes.

Q.    Do you have an independent recollection of anything about the strip search that occurred at Bronx Court on February 5, 2014?

A.    Yes.  I recall requesting not to be strip searched in the cell.  Requesting not to be strip searched on camera.  Requesting not to be strip searched in the presence of others.  Requesting to be strip searched in the designated area.  That's about it.

Q.    You don't recall who you made those requests to?

A.    The officers that was strip searching me.

J. BRADSHAW

Q.    What did they look like?

A.    Well, I can't recall the actual appearance.

Q.    Did you attend court on February 5, 2014 at Bronx Court?

A.    I can't hear you.

Q.    Did you attend court on February 5, 2014?

A.    I can't recall.

Q.    Did you meet with your attorney at Bronx Court on February 5, 2014?

A.    I can't recall.

Q.    Were you placed in a barred cell at Bronx Court on February 5, 2014?

A.    Yes.

Q.    Were there other inmates in the cells next to you and across from you at the Bronx Court on February 5, 2014?

A.    Yes.

Q.    How were you transported on each visit to Bronx Court, Mr. Bradshaw?

A.    Each visit?  I don't understand.

Q.    On each visit to Bronx Court on each date that you allege in this complaint how were you transported?

A.    And ESU van.

Q.    Were you transported --

A.    By van.

Q.    And were you with other inmates in the van?

191

J. BRADSHAW

A.    No.  It was -- on -- on -- on -- going, yes.  It could have been people -- it's hard to explain because in the back of the van, it's a division.  It's two-sided.  And approximately two inmates can fit on each side.  So it would have been occasions where I have been in the van or in the back of the van with other inmates -- with another inmate.

Q.    Were there always inmates in the van that transported you from Downstate to Bronx Court?

A.    No.

Q.    How often --

A.    Before we get on -- before we're put on the van, we're stripped before we're put on the van.

Q.    That's not what I asked you.  How often were there other inmates in the van that transported you from Downstate to Bronx Court?

A.    I can't get that.

Q.    Were there inmates in the van with you at any time that you were transported from Downstate to Bronx Court?

A.    Yes.

Q.    Were there inmates, other inmates in the van that transported you from Bronx Court back to Downstate?

A.    At times, yes.

Q.    Do you know whether the other inmates that were

J. BRADSHAW

in the van with you were strip searched?

A.    We're strip searched before, yes.

Q.    You are all strip searched before that?

A.    Before we get on the van.

Q.    Going either direction?

A.    Coming or going?  Coming to Downstate?  Going to court we're stripped before we're transported either way.

Q.    And then, coming from court, all inmates are strip searched before they are transported back to the facility; is that correct?

A.    Yes.

Q.    Approximately how long did these strip searches last?

A.    Five minutes.

Q.    Five minutes?

A.    Maybe less.

Q.    Do you have any documents in your possession about any of the strip searches we just discussed?

A.    Documents in my possession?

Q.    Yes.  About the strip searches we just discussed?

A.    I don't understand what you mean.

Q.    Do you have any documents in your possession in regard to the strip searches that we just discussed, the strip searches you allege in your complaint?

A.    When you say documents you mean, like,

194

J. BRADSHAW

A.     Yes.

Q.     When?

A.     You mean like being in the box?

Q.     No.  I mean have you ever -- earlier you called yourself a classified inmate.  What were you referring to?

A.     I was classified -- I was -- I was category because they had me on ESU status improper -- on ESU status.  That's what made me punitive.

Q.     When were you considered a category inmate?

A.     When they was taking me to court ESU status.

Q.     What period of time?  What year?  What month? That's what I'm asking?

A.     Well, it begun in May, May 1, 2012.

Q.     That's the first time you were ever considered a category inmate?

A.     Well, as far as that high security, yes.

Q.     What do you consider a category inmate to be?

A.     Well, ESU status is category.  This is not what I consider.  It's what facility considered a category inmate. I was put amongst the category inmates because me being ESU status I was allege or proclaimed to be a category inmate at Bronx Court.

Q.     How long were you a category inmate?

A.     For at least almost two -- almost -- it was a year, probably a year and a half.

201

J. BRADSHAW

discovered any contraband on your person?

A.    No.

Q.    Have you ever had any other contraband while you were incarcerated?

A.    No.

Q.    Do you have any separation orders against you?

A.    No.

Q.    You've named former Commissioner of the New York City Department of Corrections Dora Schriro as a defendant in this case; is that correct?

A.    You say former commission who?

Q.    You've named former Commissioner of the New York City Department of Corrections Dora Schriro as a defendant in this case; is that correct?

A.    Yes.

Q.    Why are you suing defendant Dora Schriro?

A.    Well, that's because initially whether I did the complaint I was uncertain as to who to name as a defendant but I know it's sufficient to name the City alone and not the commissioner.

Q.    There's no reason for Dora Schriro to be a defendant in this case?

A.    Certainly.

Q.    What is the reason?

A.    I said certainly it's not a reason for -- she

202

J. BRADSHAW

shouldn't a defendant.

Q.   Okay.  And you've also named an Officer Larry Wilson, who is a corrections officer at the Bronx Hall of Justice as a defendant in this case.

A.   I never named that officer.  In fact, the assistant Corporation Counsel who had the case before you identified Larry Wilson, not me.

Q.   So you do not intend Officer Larry Wilson to be a defendant in this case?

A.   Certainly not.

Q.   Are you alleging any physical injuries as a result of any of these strip search incidents?

A.   No.

Q.   Are you complaining of any emotional injuries related to these incidents?

A.   Yes.

Q.   What emotional injuries are you complaining of?

A.   Embarrassment.  Humiliation.  Shame.

Q.   Anything else?

A.   Emotional distress.  Emotional distress. Harassment.

Q.   Anything else?

A.   Not that I can recall at this moment.

Q.   Have you seen a doctor for any of your emotional injuries?